In the Matter of Supplementary Proceedings: WOLF GREENBERG, Judgment Creditor, Respondent, v. JACOB WEISS, Judgment Debtor, and EDITH F. WEISS, Appellant.— Order of the County Court of Suffolk county dated January 24, 1930, denying motion to vacate order directing examination of third party and also to vacate subpœna and *subpœna duces tecum*, affirmed, with ten dollars costs and disbursements; examination to proceed at same place and hour upon five days' notice. No opinion. Young, Carswell, Scudder and Tompkins, JJ., concur; Lazansky, P. J., dissents.

In the Matter of Proceedings Supplementary to Execution under a Judgment in Favor of ANNA HAND, Respondent, against ORTSCHREIB BUILDING CORPORATION and Others, Defendants, and MUNICIPAL BANK AND TRUST COMPANY and Others, Appellants.— Order modified by eliminating therefrom that part which adjudges Emanuel Cohon to be guilty of a contempt of court and fines him the sum of $100, and as so modified affirmed, without costs. We are of opinion that the *subpœna duces tecum* served upon said Cohon was ineffectual. (Civ. Prac. Act, § 411.) Further, the proceedings for the punishment of Cohon for a contempt, if there was a contempt, are regulated by the provisions of the Judiciary Law, section 757. Young, Kapper and Hagarty, JJ., concur; Carswell, J., with whom Scudder, J., concurs, dissents as to the affirmance of so much of the order as adjudges the defendant bank in contempt, being of opinion that there should be a new and impartial hearing on the honesty of the bank's excuse, which impartial hearing the bank did not receive. They, however, concur in the modification as to defendant Cohon.

In the Matter of the Petition of RESTEL REALTY CORPORATION, Respondent, to Register the Title to Certain Lands in Suffolk County. DE BUR REALTY CO., INC., and Others, Appellants.— Judgment affirmed, with costs. No opinion. Lazansky, P. J., Young and Hagarty, JJ., concur; Rich and Scudder, JJ., dissent.

JARCHO BROS., INC., Respondent, v. MAUDE E. LEVERICH, as Executrix, etc., of AUGUSTUS A. LEVERICH, JR., Deceased, Appellant, and SAMUEL M. MEEKER, as Successor Trustee, etc., of AUGUSTUS A. LEVERICH, Deceased, Defendant.— Order appointing a receiver and granting injunction affirmed, with ten dollars costs and disbursements payable out of the estate. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

HENRY KRECKMAN and ANNA KRECKMAN, His Wife, Respondents, v. H. & S. COHEN BUILDING CORPORATION and Others, Defendants, and SYLVIA BECKER, Appellant.— Judgment reversed upon the law and the facts, with costs, and judgment directed dismissing the complaint, with costs. The judgment is contrary to the evidence. Findings of fact and conclusions of law inconsistent herewith are reversed and new findings and conclusions will be mad . Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ., concur. Settle order on notice.